UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAVO GARCIA SANTOS,

      Petitioner,

  v.                           Case No. 2:26-cv-1881-JES-NPM

WARDEN, SOUTH FLORIDA
DETENTION FACILITY, et al.,

      Respondents.

_____

## ORDER DISMISSING CASE

On June 5, 2026, Petitioner Bravo Garcia Santos Cobas filed a petition for writ of habeas corpus to which he did not sign his name.  (Doc. 1).   The Court dismissed the pleading and directed Garcia Santos to file an amended, properly signed, petition.  (Doc. 4).  The Court cautioned that if Garcia Santos did not comply by July 1, 2026, this file will be closed.  (Id.)  Garcia Santos has not filed an amended petition, and his time to do so has expired. This case cannot proceed without a proper pleading.

Accordingly, this case is **DISMISSED without prejudice.** The **Clerk** is directed to terminate any pending motions and deadlines and close this file.

**DONE AND ORDERED** in Fort Myers, Florida on July 8, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE